IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICHARD BARLEY                                                                    PLAINTIFF

VS.                                        CASE NO. 05-CV-1079

AGRILLIANCE, LLC; NUFARM, INC.
and AGRO DISTRIBUTION, LLC                                                     DEFENDANTS

## ORDER

Before the Court is the Plaintiff Richard Barley's Stipulated Dismissal with Prejudice. (Doc. No. 26). Pursuant to Fed.R.Civ.P. 41(a)(1), all parties in the action have signed the stipulation. IT IS THEREFORE ORDERED that the Complaint in this action is hereby **dismissed with prejudice**.

Dated this 8th day of March, 2006.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge